**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Phillip MENDOZA, Jr., Defendant–
Appellant.**

No. 05–10430.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

C. Richard Baker, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, counsel for Phillip Mendoza, Jr., has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mendoza has not filed a response. Our independent review of the brief and the record discloses no non-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

frivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ron Ashley BEMBRY, Defendant–
Appellant.**

No. 05–10539.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Susan B. Cowger, Chad Eugene Meacham, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Franklyn Ray Mickelsen, Jr., Broden & Mickelsen, Dallas, TX, for Defendant–Appellant.

published and is not precedent except under

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ron Ashley Bembry raises arguments that are foreclosed by *United States v. Scroggins*, 411 F.3d 572, 576–77 (5th Cir.2005), which held that the Due Process Clause does not bar the application of Justice Breyer's remedy opinion in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), when resentencing defendants in light of *Booker*. Bembry also raises arguments with respect to the appeal waiver in this case that are foreclosed by *United States v. Cortez*, 413 F.3d 502, 503 (5th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 502, 163 L.Ed.2d 365 (2005), and *United States v. Bond*, 414 F.3d 542, 545–46 (5th Cir.2005). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Anthony Olusegun IROKO, Petitioner–Appellant,

v.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.